| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| | Acting United States Attorney |
| 2 | District of Arizona |
| 3 | MATTHEW WILLIAMS |
| | Assistant United States Attorney |
| 4 | Arizona State Bar No. 029059 |
| | Two Renaissance Square |
| 5 | 40 N. Central Ave., Suite 1800 |
| | Phoenix, Arizona 85004 |
| 6 | Telephone: 602-514-7500 |
| | Email: Matthew.Williams3@usdoj.gov |
| 7 | |
| | LORINDA LARYEA |
| 8 | Acting Chief, Fraud Section |
| | United States Department of Justice |
| 9 | |
| | WILLIAM HOCHUL III |
| 10 | SHANE BUTLAND |
| | Trial Attorneys |
| 11 | Criminal Division, Fraud Section |
| | U.S. Department of Justice |
| 12 | 1400 New York Avenue NW |
| | Washington, D.C. 20005 |
| 13 | Telephone: 202-538-4256 |
| | Email: william.hochul.iii@usdoj.gov |
| 14 | *Attorneys for Plaintiff* |

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐

JUN 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR- CR-25-00915-PHX-SMB (ESW) |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| 1.  Tyler Kontos, | |
| 2.  Joel Max Kupetz, a/k/a Max Kupetz | |
| 3.  Jorge Kinds, | |
| Defendants. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its

attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, *United Staes v. Alexandra Gehrke and Jeffrey King* (CR-24-01040-PHX-ROS), *United Staes v. Bethany Jameson* (CR-24-01068-PHX-DWL), *United Staes v. Carlos Ching* (CR-24-01075-PHX-GMS), and *United Staes v. Daylon Bennett* (CR-25-00090-PHX-DWL).

Respectfully submitted this 18th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Acting Chief, Fraud Section
United States Department of Justice

*s/Shane Butland*
WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorneys
Department of Justice, Fraud Section