Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.406.4052 | F 866.819.7859
jlowther@lowtherwalker.com
www.lowtherwalker.com

Attorney for Defendant
Alexandra Gehrke

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Alexandra Gehrke, *et al.*,<br><br>　　　　　Defendants. | 2:24-CR-001040-ROS-1<br><br>**MOTION TO APPEAR IN BUSINESS ATTIRE AT SENTENCING** |

Ms. ALEXANDRA GEHRKE respectfully moves this Court to allow her to appear in business attire at sentencing.

**I.    Relevant Procedural History**

On October 3, 2025, this Court granted Co-Defendant Jeffrey King's Motion to Wear Civilian of Business Attire at Sentencing (ECF No. 167). Order, ECF No. 173.

**II.    Factual Assertions**

Ms. Gehrke now wants to wear business attire at sentencing.

**III.    Memorandum of Law**

Ms. Gehrke incorporates herein by reference Mr. King's reasoning. *See* Mot. 3–4, ECF No. 167.

1

**IV.     Certificate of Conference**

The Government defers to this Court's sound discretion whether to grant this motion.

Date:        October 6, 2025

Respectfully submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.
