NCP Law PLLC
3200 N. Central Ave.
Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Third-Party Petitioner Joan Gehrke*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Alexandra Gehrke,<br><br>　　　　　　　　　Defendant. | Case No. CR-24-01040-001-PHX-ROS<br><br>**NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY PETITIONER JOAN GEHRKE** |

NCP Law, PLLC, by and through undersigned counsel, Andrea S. Tazioli, hereby enters their appearance on behalf of Third-Party Petitioner Joan Gehrke, in the instant matter and for all further proceedings.

All future correspondence and court documents in reference to this case will be accepted at the following address:

Andrea S. Tazioli
NCP LAW, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010
andrea@ncplawyers.com

#121953.1

RESPECTFULLY SUBMITTED this 26th day of November 2025.

          NCP Law, PLLC
          3200 N. Central Avenue, Suite 2550
          Phoenix, Arizona 85012

By: /s/ Andrea S. Tazioli
          Andrea S. Tazioli (#026621)
          *Attorneys for Third-Party Petitioner*
          *Joan Gehrke*

#121953.1

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of November 2025, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/EFC registrants:

> Matthew Williams
> Assistant U.S. Attorney
> United States Attorney's Office
> Two Renaissance Square
> 40 N. Central Avenue, Suite 1800
> Phoenix, AZ  85004
> Email:  Matthew.Williams3@usdoj.gov
>
> Shane Butland, Trial Attorney
> Criminal Division, Fraud Section
> United States Department of Justice
> 1400 New York Avenue NW
> Washington, D.C.  20005
> Email: Shane.Butland2@usdoj.gov

A copy of the foregoing document was also hand-delivered this date to:

> Joseph Bozdech
> Assistance United States Attorney
> Two Renaissance Square
> 40 N. Central Avenue, Suite 1800
> Phoenix, AZ  85004

/s/ Andrea S. Tazioli\_\_\_

#121953.1