NCP Law PLLC
3200 N. Central Ave.
Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Third-Party Petitioner Joan Gehrke*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>v.<br><br>Alexandra Gehrke,<br><br>                              Defendant. | Case No. CR-24-01040-001-PHX-ROS<br><br>**THIRD-PARTY PETITIONER JOAN GEHRKE'S VERIFIED PETITION TO ASSERT THIRD-PARTY INTEREST AND CLAIM TO FORFEITED PROPERTY PURSUANT TO 21 U.S.C. § 853(n)** |

Pursuant to 21 U.S.C. § 853(n), Third-Party Petitioner Joan Gehrke ("Ms. Gehrke"), respectfully submits this Verified Petition in order to assert her legal interest and claim to specific property listed in the Court's Order of Forfeiture [DKT. 172, 187]. Ms. Gehrke submits this petition under the penalty of perjury, and such verification is attached hereto as **Exhibit "A."** Ms. Gehrke's interest in specific property is listed below:

I.    **Identification of the Property at Issue.**

- **Item 27**: 18k yellow gold Gold-Plated Double C Cartier 468122 Lighter;

- **Item 29**: 14k yellow gold Tanzanite and diamond ring set;

- **Item 30**: 15k white gold diamond ring set with 16 straight baguette cut diamonds;

- **Item 31**: Platinum diamond ring set with six 1.7mm round brilliant cut

#121568.2

diamonds;

- **Item 32**: 14k yellow gold diamond ring set with center oval cut diamond;

- **Item 33**: Costume jewelry necklace set with oval cut citrine;

- **Item 34**: 14k yellow gold amethyst necklace set with center oval cut amethyst;

- **Item 35**: 14k Garnet pendant hung on a 16-inch amethyst bead necklace;

- **Item 36:** 18k yellow gold Tiffany & Co. Elsa Peretti Starfish necklace;

- **Item 37:** 18k yellow gold Paloma Picasso Scribble style pendant on 16-inch chain;

- **Item 38:** 18k yellow gold Elsa Peretti Tiffany & Co. Seahorse necklace;

- **Item 39**: 14k two-tone diamond necklace set with 72 round brilliant cut diamonds;

- **Item 82**: Cartier 18k White Panthere style necklace;

- **Item 100**: Three Louis Vuitton Monogram Eclipse Dopp Kit Toiletry Pouch Bags;

- **Item 101**: Louis Vuitton Monogram Eclipse District PM Messenger Set Bag;

- **Item 111:** Louis Vuitton The Neverfull GM Tote Removable with Pouch;

- **Item 112:** Louis Vuitton Black Monogram Empriente Leather Felicie Pochette;

- **Item 114:** $367,150.00 in cash (Ms. Gehrke is claiming $117,420.00-$123,000.00 in US currency from safe deposit box number 3961 leased by Ms. Gehrke at Mountain Vault, 11820 N. Cave Creek Rd., Phoenix AZ).

**II.    Describe the Nature and Extent of Any Interest in the Property, Detail the Time and Circumstances of Acquisition in the Property, List Any Additional Facts and Documents in Support of the Claim or Petition.**

A. Item 27: 18k yellow gold Gold-Plated Double C Cartier 468122 Lighter.

Ms. Gehrke purchased this 18k yellow gold Gold-Plated Double C Cartier 468122 Lighter from Cartier on or about February 21, 2024.  A true and correct copy of Invoice No. 304403240221001, the corresponding American Express receipt, and a photo of the item is attached at **Exhibit 1**.  Ms. Gehrke purchased this item for herself on February 21, 2024 with legitimate and lawful monies that she had earned. She subsequently loaned this

item to her daughter, Defendant Alexandra Gehrke, to use while she was on her honeymoon.  Ms. Gehrke reasonably believes that this item was in Alexandra Gehrke's possession when she was arrested at the airport on or about June 17, 2024.

B. Item 29: 14k yellow gold Tanzanite and diamond ring set.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, had this ring made for her in or around the late 1990s or early 2000s.  Robert Gehrke passed away on December 13, 2020.  This ring was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping.  Ms. Gehrke photographed this item on or about August 25, 2017 at 11:34 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes.  The photograph also contains a newspaper which bears the date of Friday, August 25, 2017.  A true and correct copy of a photograph of Item 29: the 14k yellow gold Tanzanite and diamond ring set taken on August 25, 2017, is attached hereto at **Exhibit 2**.

C. Item 30: 15k white gold diamond ring set with 16 straight baguette cut diamonds.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this ring in the late 1990s or early 2000s.  Ms. Gehrke reasonably believes that this ring is either a 1.5k white gold diamond ring with 16 straight baguette cut diamonds or a 14k white gold diamond ring with 16 straight baguette cut diamonds (and not 15k as stated in the item description).  This ring was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping.  Ms. Gehrke photographed this item on or about August 25, 2017, at 11:34 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. The photograph also contains a newspaper which bears the date of Friday, August 25, 2017. A true and correct copy of a photograph of Item 30: 15k white gold diamond ring set with 16 straight baguette cut diamonds taken on August 25, 2017 is attached hereto as **Exhibit 3**.

#121568.2

1

2

3

    D.  <u>Item 31: Platinum diamond ring set with six 1.7mm round brilliant cut diamonds</u>.

4

5

6

7

8

9

10

11

On information and belief, this ring belonged to Joan Gehrke's mother, Marilyn Schuldes, and Joan Gehrke received this ring upon her mother's death. This ring was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about August 25, 2017, at 11:34 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. The photograph also contains a newspaper which bears the date of Friday, August 25, 2017. Ms. Gehrke believes that a photograph of Item 31: Platinum diamond ring set with six 1.7mm round brilliant cut diamonds taken on August 25, 2017, is attached hereto at **<u>Exhibit 4</u>**.

12

    E.  <u>Item 32: 14k yellow gold diamond ring set with center oval cut diamond</u>.

13

14

15

16

17

18

19

20

21

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this ring in the 1980s. This ring was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about August 25, 2017, at 11:34 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. The photograph also contains a newspaper which bears the date of Friday, August 25, 2017. A true and correct copy of a photograph of Item 32: 14k yellow gold diamond ring set with center oval cut diamond taken on August 25, 2017, is attached hereto at **<u>Exhibit 5</u>**.

22

    F.  <u>Item 33: Costume jewelry necklace set with oval cut Citrine</u>.

23

24

25

26

27

28

On information and belief, Joan Gehrke's mother gifted her this necklace in the 1970s. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about August 25, 2017, at 11:40 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. The photograph also contains a newspaper which bears the date of Friday, August 25, 2017. A

#121568.2

true and correct copy of a photograph of Item 33: Costume jewelry necklace set with oval cut Citrine taken on August 25, 2017, is attached hereto at **Exhibit 6**.

> G.  Item 34: 14k yellow gold amethyst necklace set with center cut oval amethyst.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this necklace in the 1970s or 1980s. Joan Gehrke's friend, Pernie Fallon, made the gold setting, and the center cut oval amethyst stone belonged to Joan Gehrke's great aunt Tracy. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about August 25, 2017, at 11:40 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. A true and correct copy of a photograph of Item 34: 14k yellow gold amethyst necklace set with center cut oval amethyst taken on August 25, 2017, is attached hereto at **Exhibit 7**.

> H.  Item 35: 14k Garnet pendant hung on a 16-inch amethyst bead necklace.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this necklace in the 1980s or 1990s. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping.  Ms. Gehrke photographed this item on or about August 25, 2017, at 11:40 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. A true and correct copy of a photograph of Item 35: 14k Garnet pendant hung on a 16-inch amethyst bead necklace taken on August 25, 2017 at 11:40 a.m., is attached hereto at **Exhibit 8**.

> I.  Item 36: 18k yellow gold Tiffany & Co. Elsa Peretti Starfish necklace.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this necklace in the late 1980s or early 1990s. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping.  Ms. Gehrke photographed this item on or about August 25, 2017, at 11:43a.m. with her Apple iPhone 6 at the direction of her

#121568.2

husband for insurance purposes. A true and correct copy of a photograph of Item 36: 18k yellow gold Tiffany & Co. Elsa Peretti Starfish necklace taken on August 25, 2017, is attached hereto at **Exhibit 9**.

J. Item 37: 18k yellow gold Paloma Picasso Scribble style pendant on 16-inch chain.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this necklace in the 1980s or 1990s. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about August 25, 2017, at 11:42 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. A true and correct copy of a photograph of Item 37: 18k yellow gold Paloma Picasso Scribble style pendant on 16-inch chain taken on August 25, 2017, is attached hereto at **Exhibit 10.**

K. Item 38: 18k yellow gold Elsa Peretti Tiffany & Co. Seahorse necklace.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this necklace in the late 1980s or early 1990s. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about August 25, 2017, at 11:42 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. A true and correct copy of a photograph of Item 38: 18k yellow gold Elsa Peretti Tiffany & Co. Seahorse necklace taken on August 25, 2017, is attached hereto at **Exhibit 11.**

L. Item 39: 14k two-tone diamond necklace set with 72 round brilliant cut diamonds.

On information and belief, Joan Gehrke's deceased husband, Robert Gehrke, gifted her this necklace in the mid-1990s. This necklace was previously held in Joan Gehrke's home safe, however, she transferred it to safe deposit box number 3961 at Mountain Vault in the spring of 2024 for safe keeping. Ms. Gehrke photographed this item on or about

August 25, 2017, at 11:40 a.m. with her Apple iPhone 6 at the direction of her husband for insurance purposes. A true and correct copy of a photograph of Item 39: 14k two-tone diamond necklace set with 72 round brilliant cut diamonds taken on August 25, 2017, is attached hereto at **Exhibit 12.**

M. Item 82: Cartier 18k White Panthere style necklace.

Ms. Gehrke purchased the Cartier 18k White Panthere Style Necklace from Cartier for herself on or about January 8, 2024 with legitimate and lawful monies that she had earned. Ms. Gehrke had previously acquired the matching bracelet and ring, and she purchased the necklace in order to complete the set. Ms. Gehrke subsequently loaned this item to her daughter, Defendant Alexandra Gehrke, to use while she was on her honeymoon. Ms. Gehrke reasonably believes that this item was in Alexandra Gehrke's possession when she was arrested at the airport on or about June 17, 2024. A true and correct copy of Invoice No. 304403240108002 and a photo of the item is attached at **Exhibit 13**.

N. Item 100: Three Louis Vuitton Monogram Eclipse Dopp Kit Toiletry Pouch Bags.

Ms. Gehrke purchased at least two black Louis Vuitton Monogram Eclipse Dopp Kit Toiletry Pouch Bags on or about 2022 or 2023 from the Louis Vuitton Store at Scottsdale Fashion Square with legitimate and lawful monies that she had earned. Ms. Gehrke has attempted to get a copy of the receipt for these items from Louis Vuitton, but to no avail. At a hearing, Ms. Gehrke will testify regarding her purchase of these items. A photograph of the black Louis Vuitton Monogram Eclipse Dopp Kit Toiletry Pouch Bag taken from the Luis Vuitton website, is attached at **Exhibit 14**.

O. Item 101: Louis Vuitton Monogram Eclipse District PM Messenger Set Bag.

Ms. Gehrke purchased a Louis Vuitton Monogram Eclipse District PM Messenger Set Bag on or about 2023 from the Louis Vuitton Store at Scottsdale Fashion Square with legitimate and lawful monies that she had earned. Ms. Gehrke has attempted to get a copy of the receipt for this item from Louis Vuitton, but to no avail. At a hearing, Ms. Gehrke

7

will testify regarding her purchase of this item. A photograph of the Louis Vuitton Monogram Eclipse District PM Messenger Set Bag taken from the Louis Vuitton website, is attached at **Exhibit 15**.

P.   Item 111**: Louis Vuitton The Neverfull GM Tote with Removable Pouch**.

Ms. Gehrke purchased a black Louis Vuitton The Neverfull GM Tote with Removable Pouch on or about 2022 or 2023 from the Louis Vuitton Store at Scottsdale Fashion Square with legitimate and lawful monies that she had earned.  Ms. Gehrke has attempted to get a copy of the receipt for this item from Louis Vuitton, but to no avail.  At a hearing, Ms. Gehrke will testify regarding her purchase of this item. A photograph of the black Louis Vuitton The Neverfull GM Tote with Removable Pouch taken from the Louis Vuitton website, is attached at **Exhibit 16**.

Q.   Item 112: Louis Vuitton Black Monogram Empriente Leather Felicie Pochette.

Ms. Gehrke purchased a Louis Vuitton Black Monogram Empriente Leather Felicie Pochette on or about 2023 or 2024 from the Louis Vuitton Store at Scottsdale Fashion Square with legitimate and lawful monies that she had earned.  Ms. Gehrke has attempted to get a copy of the receipt for this item from Louis Vuitton, but to no avail.  At a hearing, Ms. Gehrke will testify regarding her purchase of this item. A photograph of the Louis Vuitton Black Monogram Empriente Leather Felicie Pochette taken from the Louis Vuitton website, is attached at **Exhibit 17**.

R.   Item 114: $367,150.00 in cash.

Ms. Gehrke is the sole owner of approximately $117,420.00-$123,000.00 in U.S. currency contained in the safe deposit box 3961 that she leased at Mountain Vault, 11820 N. Cave Creek Road, Phoenix, AZ.  Ms. Gehrke and her now deceased husband, Robert Gehrke, were married for forty-five (45) years. During the Gehrkes' marriage, they used to save monies in cash and place these monies inside a personal safe in their home as a rainy-day fund.  These cash monies came from their respective legitimate employment and legitimate sources.  Ms. Gehrke's husband passed away in December 2020.  As a result,

all monies in the "rainy-day fund" became Petitioner's money as her sole and separate property. Ms. Gehrke photographed these monies on or about August 25, 2017, at 11:47 a.m. with her Apple iPhone 6 at the direction of her husband. On or about the spring of 2024, Ms. Gehrke placed these monies in safe deposit box 3961 at Mountain Vault. A true and correct copy of a photograph of these monies from August 25, 2017 which was taken in her home safe and which comprised the Gehrke's rainy day fund is attached at **Exhibit 18**.

### III.    Specific Relief Sought.

Ms. Gehrke petitions this Court for a hearing within thirty (30) days to adjudicate the validity of her interest in the property listed herein. Ms. Gehrke further requests that the Court enter an Order declaring that she has a valid interest in Item Nos. 27, 29-39, 82, 100-101, 111-112 and 114, that her interest in the property listed herein is not subject to forfeiture, and that the property listed herein be returned to Ms. Gehrke.

RESPECTFULLY SUBMITTED this 26th day of November 2025.

NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, Arizona 85012

By: _Andrea S. Tazioli_

Andrea S. Tazioli (#026621)

*Attorneys for Third-Party Petitioner*
*Joan Gehrke*

9

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of November 2025, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/EFC registrants:

>Matthew Williams
>Assistant U.S. Attorney
>United States Attorney's Office
>Two Renaissance Square
>40 N. Central Avenue, Suite 1800
>Phoenix, AZ  85004
>Email:  Matthew.Williams3@usdoj.gov
>
>Shane Butland, Trial Attorney
>Criminal Division, Fraud Section
>United States Department of Justice
>1400 New York Avenue NW
>Washington, D.C.  20005
>Email:Shane.Butland2@usdoj.gov

A copy of the foregoing document was also hand-delivered this date to:

>Joseph Bozdech
>Assistance United States Attorney
>Two Renaissance Square
>40 N. Central Avenue, Suite 1800
>Phoenix, AZ  85004

/s/ Andrea S. Tazioli

#121568.2

# EXHIBIT A

1

**VERIFICATION OF JOAN GEHRKE**

2    STATE OF ARIZONA    )
                          )
3    County of Maricopa   )

4

5          I, Joan Gehrke, declare under the penalty of perjury under the laws of the Unted

6    States the following:

7          I am the Third-Party Petitioner in the above-captioned action. I have read the

8    foregoing Verified Petition to Assert Third Party Interest and Claim to Forfeited Property

9    Pursuant to 21 U.S.C. § 853(n) and know the contents thereof; and that the same is true of

10   my own knowledge, except as to those matters and things stated on information and belief,

11   and to those, I believe them to be true.

12

13   _____

14   Joan Gehrke, Third-Party Petitioner

15          SUBSCRIBED AND SWORN to before me this 25 day of November 2025.

16

17

18     _____

19   Notary Public

20

21

22

23

24

25

26

27

28

11

# EXHIBIT 1

     



# Cartier

JOAILLIERS

PARIS · LONDRES · NEW YORK

Feb 21, 2024

*Purchased by:*

Mr. and Mrs. Robert And Joan Gehrke
908 E Palmaire Ave
Phoenix, AZ 85020-5338
USA

*Invoice number*        : 304403240221001
*Sold by*               : Jose Garcia

Client copy

| | Quantity | Total Amount | Tax Amount |
|---|---|---|---|
| **LIGHTER SQUARE LOGO SUN DECOR YGF** | 1 | 1,340.00 | 107.87 |
| LOGO DOUBLE C SUN DECOR | | | |
| YELLOW GOLD FINISH | | | |
| REFERENCE: CROL000039 | | | |
| BATCH NUMBER: CH00 | | | |

| | |
|---|---|
| **Subtotal** | 1,340.00 |
| Tax | 107.87 |
| **Total** | **1,447.87** |

Cartier product may be exchanged or returned for a refund or merchandise credit, within 30 days of the original purchase date at the boutique originally purchased. Returns of product over $50,000 are only eligible for merchandise credit. Refunds are only issued to the original purchaser via original method of payment, excluding cash. Product must be presented in its original packaging and accompanied by the appropriate sales documentation, and International Limited Warranty. Personalized items, made to order items, or items that show signs of wear do not qualify for a return or an exchange. Before accepting any return or exchange, Cartier reserves its right to verify the product and proceed with necessary evaluations to confirm the authenticity, whether in the boutique or in a Cartier workshop.

| Means of Payment | AMEX | | |
|---|---|---|---|
| | # xxxxxxxxxxx3002  Other/amex | Amt. | 1,447.87 |

7014 East Camelback Rd #1153 - Scottsdale - Arizona 85251 - TEL 602-956-0056

**Thank You for Your Visit**

Subscribe to the Cartier e-newsletter on www.Cartier.us to receive all our latest news.

Cartier Scottsdale
7014 East Camelback Road
Scottsdale AZ 85251 602.956.0056

**CARDHOLDER COPY**

| | |
|---|---|
| Date | 02/21/2024 |
| Time | 11:08:56 |
| | |
| Card | ****3002 |
| PAN seq. | 00 |
| Pref. name | AMERICAN EXPRESS |
| Card type | amex |
| Payment method | amex |
| Payment variant | amex |
| Entry mode | Contactless chip |
| CVM res. | SIGNATURE VERIFIED |
| | |
| AID | A000000025010801 |
| MID | 9451122246 |
| TID | V400m 346836342 |
| PTID | 46836342 |
| | |
| Auth. code | 828320 |
| Tender | AWGs001708538936000 |
| Reference | 1 |
| | |
| Type | GOODS_SERVICES |
| **TOTAL** | **$ 1,447.87** |

**APPROVED**

Retain for your records

Thank you





# EXHIBIT 2



**Item 29**
(1) 14k yellow gold Tanzanite and diamond ring set

Add a Caption



# EXHIBIT 3



**Item 30**
(1) 15k white gold diamond ring set with
16 straight baguette cut diamonds

Add a Caption



# EXHIBIT 4



**Item 31**
(1) 1 Platinum diamond ring set with six
1.7mm round brilliant cut diamonds



Add a Caption

Friday • Aug 25, 2017 • 11:34 AM        Adjust
IMG_3681

| Apple iPhone 6 | JPEG |
| --- | --- |

Rear Camera — 29 mm ƒ2.2
8 MP • 2448 × 3264 • 2.2 MB

| ISO50 | 29mm | 0ev | ƒ2.2 | 1/30s |

Add a location...

# EXHIBIT 5



Add a Caption



# EXHIBIT 6



**Item 33**
(1) Costume jewelry necklace set with an oval cut Citrine



# EXHIBIT 7



**Item 34**
(1) 14k yellow gold amethyst necklace set with center oval cut amethyst



Add a Caption

Friday • Aug 25, 2017 • 11:40 AM          Adjust
IMG_3689

| Apple iPhone 6 | JPEG |
|---|---|

Rear Camera — 29 mm ƒ2.2
8 MP • 2448 × 3264 • 1.8 MB

| ISO40 | 29mm | 0ev | ƒ2.2 | 1/30s |

Add a location...

# EXHIBIT 8



**Item 35**
(1) 14k Garnet pendant hung on a
16 inch amethyst bead necklace

Add a Caption



Friday • Aug 25, 2017 • 11:40 AM          Adjust
IMG_3689

| Apple iPhone 6 | JPEG |
| --- | --- |

Rear Camera — 29 mm ƒ2.2
8 MP • 2448 × 3264 • 1.8 MB

| ISO40 | 29mm | 0ev | ƒ2.2 | 1/30s |

Add a location...

# EXHIBIT 9



**Item 36**
(1) 18k yellow gold Tiffany and Co. Elsa Peretti Starfish necklace



#84580.1

# EXHIBIT 10



**Item 37**
(1) 18k yellow gold Paloma Picasso scribble style pendant on a 16" chain



# EXHIBIT 11



**Item 38**
(1) 18k yellow gold Elsa Peretti
Tiffany & Co.  Seahorse necklace



#84580.1

# EXHIBIT 12



**Item 39**
(1) 1 14k two tone diamond necklace set with 72 round brilliant cut diamonds



Add a Caption

Friday • Aug 25, 2017 • 11:40 AM    Adjust
IMG_3688

Apple iPhone 6    JPEG

Rear Camera — 29 mm ƒ2.2
8 MP • 2448 × 3264 • 1.4 MB

ISO40 | 29mm | 0ev | ƒ2.2 | 1/60s

Add a location...

# EXHIBIT 13

     



# Cartier

### JOAILLIERS
PARIS · LONDRES · NEW YORK

Jan 08, 2024

*Purchased by:*
Ms. Joan Gehrke
908 E Palmaire Ave
Phoenix, AZ 85020-5338
USA

Invoice number     : 304403240108002
Sold by            : Hui Jiao Zhou

*Client copy*

| | Quantity | Total Amount | Tax Amount |
|---|---|---|---|
| **NECKLACE WHITE GOLD ONYX EMERALD DIAMOND** | 1 | 26,700.00 | 2,149.35 |
| **REFERENCE: CRN7424342** | | | |
| **INDIVIDUAL NUMBER: VCF823** | | | |

| | |
|---|---|
| **Subtotal** | 26,700.00 |
| **Tax** | 2,149.35 |
| **Total** | **28,849.35** |

Cartier product may be exchanged or returned for a refund or merchandise credit, within 30 days of the original purchase date at the boutique originally purchased. Returns of product over $50,000 are only eligible for merchandise credit. Refunds are only issued to the original purchaser via original method of payment, excluding cash. Product must be presented in its original packaging and accompanied by the appropriate sales documentation, and International Limited Warranty. Personalized items, made to order items, or items that show signs of wear do not qualify for a return or an exchange. Before accepting any return or exchange, Cartier reserves its right to verify the product and proceed with necessary evaluations to confirm the authenticity, whether in the boutique or in a Cartier workshop.

| Means of Payment | Cash | Amt. | 10,000.00 |
|---|---|---|---|
| | AMEX | Amt. | 18,849.35 |
| | # xxxxxxxxxxx3002 | Chip Card AID: A000000025010801/Chip/amex | |

7014 East Camelback Rd #1153 · Scottsdale · Arizona 85251 · TEL 602-956-0056
Thank You for Your Visit

Subscribe to the Cartier e-newsletter on www.Cartier.us to receive all our latest news.



# EXHIBIT 14



Dopp Kit Toilet Pouch Damier Graphite Canvas - Men - Travel | LOUIS VUITTON ®

# EXHIBIT 15



District PM Small Men's Messenger Bag | LOUIS VUITTON ®

# EXHIBIT 16



Neverfull MM Mid Size Leather Tote | LOUIS VUITTON ®

# EXHIBIT 17



Pochette Félicie Monogram Empreinte Leather - Women - Small Leather Goods | LOUIS VUITTON ®

# EXHIBIT 18



**Item 114**

$117,420.00 - $123,000.00 in U.S currency from safe deposit box number 3961 leased by Joan Gehrke at Mountain Vault 11820 North Cave Creek Road, Phoenix, Arizona.



Add a Caption

Friday • Aug 25, 2017 • 11:47 AM     Adjust
IMG_3701

Apple iPhone 6     JPEG

Rear Camera — 29 mm ƒ2.2
8 MP • 2448 × 3264 • 1.2 MB

| ISO400 | 29mm | 0ev | ƒ2.2 | 1/15s |

Add a location...

#84580.1